IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    Case No. 2:13-CR-20008

GEORGE AVLOS                                                                DEFENDANT

### ORDER

At a hearing held on July 1, 2013, this Court sentenced Defendant George Avlos to terms of imprisonment of 30 months and 12 months, to run concurrently. Defendant was ordered to surrender for service of the sentence by 12:00 p.m. on August 14, 2013, at the institution designated by the Bureau of Prisons. The Defendant now moves for an extension of time for him to self-report and represents that the Government has no objection to a one or two-week extension.

IT IS HEREBY ORDERED that the date upon which Defendant George Avlos is to self report to begin the sentence imposed is extended until Wednesday, August 28, 2013.

IT IS FURTHER ORDERED that Defendant George Avlos is to surrender himself at the designated facility before 12:00 p.m. on August 28, 2013.

IT IS SO ORDERED this 13th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE